CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
RAUL LOPEZ-ALVAREZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ-ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case Nos. 2:19-cv-03436-JAK<br>2:87-cr-00422-JAK<br><br>**STATEMENT OF NONOPPOSITION** |

Mr. Lopez-Alvarez, through counsel of record, indicates that he has no objection to the judgment proposed by the government.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 17, 2023          By  /s/
                                             GEORGINA E. WAKEFIELD
                                             Deputy Federal Public Defender